UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH D.[1] | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil No. 3:25-cv-00216-GCS |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM & ORDER

**SISON, Magistrate Judge:**

Pending before the Court is Plaintiff's application for award of fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 21). Specifically, Plaintiff seeks $3,752.20 in fees and expenses. Defendant filed a response indicating that it does not dispute that the fee is reasonable. The Court **GRANTS** the motion.

Pursuant to the EAJA, it is hereby ordered that Plaintiff is awarded $3,752.20 for attorney fees and expenses in full satisfaction of any and all claims for attorney fees and expenses that may be payable to Plaintiff in this matter under the EAJA, 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586

---

[1] Plaintiff's full name will not be used in this Memorandum & Order due to privacy concerns. *See* FED. R. CIV. PROC. 5.2(c) and the Advisory Committee Notes thereto.

(2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Kelsey Young pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

Parmele Law Firm PC
1545 E. Primrose St.
Springfield, MO 65804

      **IT IS SO ORDERED.**

      **DATED: December 17, 2025.**

Digitally signed by Judge Sison
Date: 2025.12.17 12:18:19 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**